THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY MICHELE TANNER and
CHRIS THOMAS TANNER,

Plaintiffs,

USDC No. 21-cv-00209-PJG
Hon. Phillip J. Green

v.

933387 ONTARIO LTD, d/b/a REMEX
EXPRESS and KEN M. DAEHN,

     Defendants.

| | |
|---|---|
| BRUCE A. INOSENCIO, JR. (P54705)<br>Inosencio & Fisk, PLLC<br>Attorney for Plaintiffs<br>740 W. Michigan Ave<br>Jackson, MI  49201<br>(517) 796-1444<br>bruce@inosencio.com | JOHN T. EADS, III (P43815)<br>JULIANA B. SABATINI (P64367)<br>Gordon Rees Scully Mansukhani, LLP<br>Attorney for Defendants<br>37000 Woodward Ave., Suite 225<br>Bloomfield Hills, MI 48304<br>(313) 426-9815<br>johneads@grsm.com<br>jsabatini@grsm.com |
| RANDY ARDEN MUSBACH (P34258)<br>Musbach Law, PLLC<br>Attorney for Plaintiffs<br>109 West Middle St<br>Chelsea, MI  48118<br>(734) 475-5900<br>randy@musbachlaw.com | |

**<u>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANTS 933387 ONTARIOLTD, d/b/a REMEX EXPRESS AND KEN M.
DAEHN WITHOUT COST OR ATTORNEY FEES</u>**

This matter having come before the Court upon the stipulation and agreement of the parties, through their counsel, and the Court being fully advised;

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendants 933387 ONTARIO LTD, d/b/a REMEX EXPRESS and KEN M. DAEHN are hereby dismissed with prejudice;

**IT IS FURTHER ORDERED** that neither Plaintiffs nor Defendants are responsible for fees or costs;

**IT IS SO ORDERED.**

*This is a final Order and the case is closed.*

                              /s/ Phillip J. Green
                              United States Magistrate Judge

The parties stipulate to the entry of the above order:

/s/ Bruce A. Inosencio, Jr. (w/consent)
BRUCE A. INOSENCIO, JR. (P54705)
Inosencio & Fisk, PLLC
Attorney for Plaintiffs

/s/ Randy Arden Musbach (w/consent)
RANDY ARDEN MUSBACH (P34258)
Musbach Law, PLLC
Attorney for Plaintiffs

/s/ John T. Eads, III
JOHN T. EADS, III (P43815)
Gordon Rees Scully Mansukhani, LLP
Attorney for Defendants